AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Consumer Safety Technology LLC,
was received by me on *(date)* 4/2/26 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cindy Halverson , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation
Service Company (Registered Agent) on *(date)* 4/2/26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 60 for services, for a total of $ 60 .

I declare under penalty of perjury that this information is true.

Date: 4/2/26 _____

_____
*Server's signature*

Andrew Goerlitz / Process Server
*Printed name and title*

6300 SW 12 St., Dsm IA 50315
*Server's address*

Additional information regarding attempted service, etc: