**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **JAMES PRATT,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK,**<br><br>Defendant. | Case No.: 4:26-cv-00145 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Pratt hereby gives notice that his claims in this action against Defendant Consumer Safety Technology, LLC d/b/a Intoxalock, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 23, 2026                    Respectfully submitted,

                                        **BULLOCK LAW PLLC**

                                        By: */s/ Lori Bullock*
                                             Lori Bullock AT0012240
                                             309 E 5th Street, Suite 202B
                                             Des Moines, Iowa 50309
                                             Telephone: (515) 423-0551
                                             bullock@bullocklawpllc.com

                                        *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I, Lori Bullock, hereby certify that on April 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 23rd day of April, 2026.

**BULLOCK LAW PLLC**

By: */s/ Lori Bullock*
    Lori Bullock AT0012240
    309 E 5th Street, Suite 202B
    Des Moines, Iowa 50309
    Telephone: (515) 423-0551
    bullock@bullocklawpllc.com